THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCCO LA FORTUNA, Appellant, *v.* JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted June 3, 1938; decided July 7, 1938.

*Rocco La Fortuna,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* and *Edward T. Boyle* of counsel), for respondent.

Order affirmed, without costs. The validity of the commitment cannot be tested by habeas corpus proceedings. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.